UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS BILBUA,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>LOS ANGELES SUPERIOR COURT,<br><br>　　　　　　　Respondent. | Case No.  CV 14-1141 AG(JC)<br><br>JUDGMENT |

　　　Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

　　　IT IS SO ADJUDGED.

DATED: February 28, 2014

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE